IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3017 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON J. SVOBODA, DOUGLAS D. GEORGE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Defendant George has moved to continue the trial currently set for December 5, 2011. (Filing No. 25). As explained in his motion, defendant George will have difficulty appearing at trial during the week of December 5, 2011, and his counsel has another trial scheduled to begin that week. The government and defendant Svoboda do not oppose the requested continuance. The court finds the motion should be granted.

Accordingly,

IT IS ORDERED:

1) Defendant George's motion to continue, (filing no. 25), is granted.

2) As to both defendants, the trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on January 30, 2012, or as soon thereafter as the case may be called, for a duration of four (4) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant George's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendants and the public in a speedy trial. Accordingly, the time between today's date and January 30, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(6) & (h)(7)(A).

November 14, 2011.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge