IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3017 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JASON J. SVOBODA, DOUGLAS D. GEORGE, | ) | |
| | ) | |
| Defendants. | ) | |

After conferring with counsel for the parties,

IT IS ORDERED:

1) Defendant George's motion to continue, (filing no. 28), is granted.

2) Trial of this case is set as the **first criminal trial** to commence before the Honorable Richard G. Kopf at 9:00 a.m. on March 19, 2012 or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

3) Based upon the representations of defendant George's counsel, the Court further finds the ends of justice served by continuing the trial of this case to March 19, 2012 outweigh the interest of the defendants and the public in a speedy trial. Accordingly, as to both defendants, the time between today's date and March 19, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

DATED this 23rd day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge