IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3017 |
| V. | ) | |
| | ) | ORDER |
| JASON J. SVOBODA and DOUGLAS D. GEORGE, | ) | |
| Defendants. | ) | |

The undersigned has declared a mistrial.

IT IS ORDERED that this matter is referred to Magistrate Judge Zwart for further progression.

Dated March 26, 2012.

BY THE COURT:

*Richard G. Kopf*

United States District Judge