IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3017 |
| | ) | |
| V. | ) | |
| | ) | |
| JASON J. SVOBODA and | ) | ORDER |
| DOUGLAS D. GEORGE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion for dismissal without prejudice (filing 71) is granted.

DATED this 6th day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge